IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VICKI WALTON, § <br> § <br> Plaintiff, § <br> v. §    Civil Action No. 3:15-CV-3191-N-BK <br> § <br> U.S. BANK, N.A., et al., § <br> § <br> Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the Motion for Summary Judgment filed by Defendants U.S. Bank, N.A., as Trustee for ABFC 2006-HE1 Trust; Ocwen Loan Servicing, LLC; and Litton Loan Servicing is GRANTED. All of Plaintiff's claims are DISMISSED WITH PREJUDICE. Further, summary judgment is GRANTED in favor of Defendant U.S. Bank, N.A., as Trustee for ABFC 2006-HE1 Trust on its counterclaim for judicial foreclosure.

SIGNED this 5th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE